UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

**FILED**
MAY 19 2011
CLERK
U.S. BANKRUPTCY
By _____
Deputy Clerk

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: John Benoit
CASE NUMBER: 95 173

PLEASE CHECK ONE:

__X__ UNCLAIMED ~~DIVIDENDS~~ exemptions

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| John Benoit<br>1811 Larch St<br>Kodiak AK 99615 | debtor<br>d(5) | 1500.00 |

21802
1500.00

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____

TOTAL: $ 1500.00

DATE: 5/18/11

TRUSTEE

| Date: 05/18/11 | Check Number: 109 | Amount: 1,500.00 |
|---|---|---|

Case Number: 95-00173    DMD
Debtor Name: BENOIT, JOHN H

Paid To: **United States Bankruptcy Court AK**

Trustee: WILLIAM M. BARSTOW, TRUSTEE
00 West 34st PMB 905
Anchorage AK 99503

Description: D(5) exemptions

Bank Account Number: 3752322732

---

| Date: 05/04/11 | Check Number: 107 | Amount: 1,500.00 |
|---|---|---|

Case Number: 95-00173    DMD
Debtor Name: BENOIT, JOHN H

*Undeliverable* (handwritten)

Paid To: **JOHN H BENOIT**

*Exxon exemptions* (handwritten)

Trustee: WILLIAM M. BARSTOW, TRUSTEE
00 West 34st PMB 905
Anchorage AK 99503

Description: *1811 Larch St Kodiak AK 99615* (handwritten)

Bank Account Number: 3752322732